IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMILAH MCCRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-546-N-BN |
| | § | |
| SOUTHERN NEW HAMPSHIRE | § | |
| UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Jamilah McCray filed a *pro se* complaint alleging claims under the

Higher Education Act of 1965 ("HEA") and its implementing regulations and "federal

consumer protection standards." *See* Dkt. No. 3 at 3. Senior United States District

Judge David C. Godbey referred the lawsuit to the undersigned United States

magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing

order of reference.

On March 25, 2026, the undersigned entered findings of fact and conclusions

of law recommending that the Court dismiss this lawsuit with prejudice under 28

U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted (the

"FCR") [Dkt. No. 7].

McCray then filed a motion for leave to file a first amended complaint,

attaching a proposed amended complaint. *See* Dkt. No. 8.

The undersigned therefore WITHDRAWS the FCR and will continue to screen

McCray's case under the referral from Judge Godbey.

Further, the Court GRANTS McCray's motion for leave to file an amended complaint [Dkt. No. 8]. The Clerk of Court is DIRECTED to docket the amended complaint appended to McCray's motion [Dkt. No. 8 at 5-11] in a new docket entry as the First Amended Complaint. But service of process shall not issue, if at all, until the Court completes its screening of the amended complaint under 28 U.S.C. § 1915(e)(2).

SO ORDERED.

DATED: April 9, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE